## RODGERS v. STATE.
### No. 18135.

Court of Criminal Appeals of Texas.
March 25, 1936.

John Farmer, of Bonham, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is theft of turkeys; penalty assessed at confinement in the penitentiary for one year.

The indictment appears regular. Appellant entered a plea of guilty to the offense

charged and waived a jury upon the trial. The facts heard before the trial court are not brought forward for review. Nothing has been presented justifying a reversal of the judgment or requiring discussion.

The judgment is affirmed.